# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | CR 02-049-TUC-DCB (HCE) |
| ) | |
| vs. ) | |
| ) | ORDER |
| CHRISTOPHER JESSIE RENDON, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on allegations the Defendant violated conditions of his supervised release..

Magistrate Judge Estrada conducted an evidentiary hearing on March 20, 2008, and issued his Report and Recommendation on that date . A copy was faxed to all parties. No objections to the Magistrate Judge's Report and Recommendation have been filed. Any objections that have not been raised are waived and will not be addressed by the Court. *See* 28 U.S.C. § 636(b).

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that this Court finds the Defendant violated the conditions of supervised release as set forth in the Petition to Revoke Supervised Release.

DATED this 10th day of April, 2008.

David C. Bury
United States District Judge